# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

A. vs. ANTHONY MARTINEZ

Docket No. 3:02CR00365(EBB)

### PETITION ON PROBATION AND SUPERVISED RELEASE

**COMES NOW** Brendon M. Pierpaoli, PROBATION OFFICER OF THE COURT, presenting an official report upon the [cond]uct and attitude of Anthony Martinez who was sentenced to 37 months incarceration for a violation of 18 U.S.C. § [922(]g)(1) & 924(a)(2), Possession of a Firearm by a Convicted Felon, by the Honorable Ellen Bree Burns, Senior U.S. District [Judg]e sitting in the court at New Haven on November 20, 2003, who fixed the period of supervision at 3 years which [comm]enced on May 9, 2006 and imposed the general terms and conditions theretofore adopted by the court and also imposed [spec]ial conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either [inpat]ient or outpatient, as directed by the United States Probation Office which will include random urinalysis. 2) The defendant [shall] participate in a mental health treatment program, either in or outpatient as determined appropriate by the United States [Prob]ation Office.

**[RE]SPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
[The d]efendant is being cited for violating the following conditions of supervised release:

[Char]ge # 1 - Mandatory Condition - "_The defendant shall not commit another federal, state, or local crime._" Mr. Martinez was [arres]ted on June 19, 2007 by the Bridgeport Police pursuant to a narcotics investigation and charged with Sale of Narcotics, [Sale] of Narcotics within 1500 Feet of a School, Possession of Narcotics with Intent to Sell, Possession with Intent to Sell [Narc]otics within 1500 of a Housing Development, Interfering with Police, and two counts of Risk of Injury to a Minor. He is [curre]ntly at liberty on a $50,000 bond and his next Court appearance is scheduled for August 8, 2007.

[Char]ge #2 - Special Condition -"_The defendant shall participate in a substance abuse treatment program, either in or_ [outpa]_tient, as directed by the United States Probation Office which includes random urinalysis._"
[Stand]ard Condition - "_The defendant shall refrain from the use of alcohol and shall not purchase, possess, use, distribute, or_ [admi]_nister any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a_ [physi]_cian._" Mr. Martinez tested positive for cocaine on December 15, 2006. He continued outpatient treatment until April 2007. [On Ju]ne 24, 2007, he tested positive for cocaine. Mr. Martinez admitted to using cocaine prior to taking the test. He was [instru]cted to attend Narcotic Anonymous following this positive test however, he failed to attend. On July 19, 2007, Mr. [Marti]nez was referred to outpatient treatment because of his failure to attend NA meetings as instructed.

[Charg]e #3 - Standard Condition - "_The defendant shall notify the probation officer within 72 hours of any change in residence_ [or em]_ployment._" At the time of his arrest Mr. Martinez was residing at a residence that was unknown to the probation office. [He re]ported that he had been residing at this address for approximately two weeks prior to his arrest.

[Charg]e # 4 - Standard Condition -"_The defendant shall work regularly at a lawful occupation unless excused by the probation_ [officer] _for schooling, training, or other acceptable reasons._" Mr. Martinez has been reporting weekly throughout most of his [term] of supervised release and has not been employed for more than six weeks during his 14 months of supervised release.

**PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Anthony Martinez [to app]ear before this court at New Haven, Connecticut on July 31, 2007 at 11:00 a.m. for a compliance hearing.

[ORDE]R OF COURT

[Consi]dered and ordered this __19th__ [day of] July, 2007 and ordered filed and made [a part] of the records in the above case.

Sworn to By

Brendon M. Pierpaoli
United States Probation Officer

Place _New Haven, Connecticut_

Date _July 19th 2007_

[H]onorable Ellen Bree Burns
[]United States District Judge

[Before] me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this _19_ day of July 2007 at New Haven, [CT, P]robation Officer Brendon M. Pierpaoli appeared and under oath stated that the facts set forth in this petition are true to [the be]st of his knowledge and belief.

The Honorable Ellen Bree Burns
Senior United States District Judge