# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

U.S.A. vs. ANTHONY MARTINEZ                               Docket No. 3:02CR00365(EBB)

## AMENDED PETITION ON PROBATION AND SUPERVISED RELEASE

     **COMES NOW** Brendon M. Pierpaoli, PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Anthony Martinez who was sentenced to 37 months incarceration for a violation of 18 U.S.C. § 922(g)(1) & 924(a)(2), Possession of a Firearm by a Convicted Felon, by the Honorable Ellen Bree Burns, Senior U.S. District Judge sitting in the court at New Haven on November 20, 2003, who fixed the period of supervision at 3 years which commenced on May 9, 2006 and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows: 1) The defendant shall participate in a substance abuse treatment program, either inpatient or outpatient, as directed by the United States Probation Office which will include random urinalysis. 2) The defendant shall participate in a mental health treatment program, either in or outpatient as determined appropriate by the United States Probation Office.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
The defendant is being cited for violating the following conditions of supervised release:

Charge # 1 - Mandatory Condition - "<u>The defendant shall not commit another federal, state, or local crime.</u>" Mr. Martinez was arrested on June 19, 2007 by the Bridgeport Police pursuant to a narcotics investigation and charged with Sale of Narcotics, Sale of Narcotics within 1500 Feet of a School, Possession of Narcotics with Intent to Sell, Possession with Intent to Sell Narcotics within 1500 of a Housing Development, Interfering with Police, and two counts of Risk of Injury to a Minor. He is currently at liberty on a $50,000 bond and his next Court appearance is scheduled for August 8, 2007.

Charge #2 - Special Condition -"<u>The defendant shall participate in a substance abuse treatment program, either in or outpatient, as directed by the United States Probation Office which includes random urinalysis.</u>"
Standard Condition - "<u>The defendant shall refrain from the use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance, or any paraphernalia related to any controlled substance, except as prescribed by a physician.</u>" Mr. Martinez tested positive for cocaine on December 15, 2006. He continued outpatient treatment until April 2007. On June 24, 2007, he tested positive for cocaine. Mr. Martinez admitted to using cocaine prior to taking the test. He was instructed to attend Narcotic Anonymous following this positive test however, he failed to attend. On July 19, 2007, Mr. Martinez was referred to outpatient treatment because of his failure to attend NA meetings as instructed.

Charge #3 - Standard Condition - "<u>The defendant shall notify the probation officer within 72 hours of any change in residence or employment.</u>" At the time of his arrest Mr. Martinez was residing at a residence that was unknown to the probation office. He reported that he had been residing at this address for approximately two weeks prior to his arrest.

Charge # 4 - Standard Condition -"<u>The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.</u>" Mr. Martinez has been reporting weekly throughout most of his term of supervised release and has not been employed for more than six weeks during his 14 months of supervised release.

     **PRAYING THAT THE COURT WILL ORDER** that this petition will serve as a summons directing Anthony Martinez to appear before this court at New Haven, Connecticut on July 31, 2007 at 11:00 a.m. for a violation hearing.

**ORDER OF COURT**

Considered and ordered this  31st  day of July, 2007 and ordered filed and made a part of the records in the above case.

The Honorable Ellen Bree Burns
Senior United States District Judge

Sworn to, By

_____
Brendon M. Pierpaoli
United States Probation Officer

Place  New Haven, CT
Date  July 31, 2007

Before me, the Honorable Ellen Bree Burns, Senior United States District Judge, on this 31 day of July 2007 at New Haven, U.S. Probation Officer Brendon M. Pierpaoli appeared and under oath stated that the facts set forth in this petition are true to the best of his knowledge and belief.

_____
The Honorable Ellen Bree Burns
Senior United States District Judge