UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

United States District Court
District of Connecticut
FILED AT    NEW HAVEN
7/31    20 07
KEVIN F. ROWE, Clerk
By M. Ruocco
Deputy Clerk

USA
vs.
Anthony Martinez

Case Number: 3:02cr365(EBB)

## APPOINTMENT OF THE FEDERAL PUBLIC DEFENDER'S OFFICE PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT OF 1964, AS AMENDED

The defendant has sworn under oath or affirmed as to his/her financial inability to employ counsel and has expressed the desire that counsel be provided by the Court to represent him/her, pursuant to the provisions of the Criminal Justice Act of 1964 as amended.

The office of the Federal Public Defender is appointed to represent the defendant and has been notified of this appointment.

The Court has appointed Gary Weinberger from the Federal Public Defender's Office to represent the defendant. Counsel is directed to file an appearance on or before August 7, 2007.

Dated at New Haven, Connecticut, this 31st day of July, 2007

Ellen Bree Burns, Senior U.S.D.J.